# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5299** **September Term, 2026**

**1:26-cv-01417-EGS**

**Filed On:** November 20, 2026

Katie Phang,

Appellee

v.

Todd Blanche, in his official capacity as
Attorney General of the United States,

Appellant

------------------------------

Consolidated with 26-5334

**BEFORE:** Millett, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the motion to expedite, it is

**ORDERED** that the following briefing schedule will now apply in these consolidated cases:

| | |
|---|---|
| Appellant’s Brief | December 4, 2026 |
| Appellee’s Brief | January 8, 2027 |
| Appellant’s Reply Brief | January 25, 2027 |
| Deferred Appendix | January 29, 2027 |
| Final Briefs | February 3, 2027 |

The Clerk is directed to calendar these cases for oral argument on the first appropriate date in March 2027. The parties will be informed later of the date of oral argument and the composition of the merits panel.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk